**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**                                                                                           303-844-2527
Judge

May 1, 2020

<u>MEMORANDUM</u>

TO:       Jeffrey Colwell, Clerk

FROM:   Judge Babcock                       s/LTB

RE:       Civil Action No.  20-cv-01203
          Murrell et al v. Frontier Airlines, Inc., et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp