# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THADDEUS MURRELL, AKILAH MURRELL, and MURRELL children, individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Colorado Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:20-cv-01203<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

Lilly G. Lentz, of Feldmann Nagel Cantafio, PLLC, hereby enters her appearance on behalf of the Plaintiffs, Thaddeus Murrell, Akilah Murrell, and Murrell children.

DATED this 5th day of May, 2020.

                                              Respectfully submitted,

                                              FELDMAN NAGEL CANTAFIO PLLC

                                              By:   */s Lilly G. Lentz*
                                                        Lilly G. Lentz, 54221
                                                        Ralph A. Cantafio, 16280
                                                        1875 Lawrence Street, Suite 730
                                                        Denver, Colorado 80202
                                                        (303) 813-1200 – Telephone
                                                        llentz@fncmlaw.com

                                              ATTORNEY FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2020, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using the ECF/CM electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Meaghan A.M. Fontein, Esq.
Adler Murphy & McQuillen, LLP
20 S. Clark Street, 25th Floor
Chicago, IL 60603
(312) 345-0700

/s/ *Lilly G. Lentz*
Lilly G. Lentz