AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| THADDEUS MURRELL, AKILAH MURRELL, MOSES ANTHONY MURRELL, and MAYA YVONNE MURRELL, individuals<br><br>*Plaintiff(s)*<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Colorado Corporation, and TREGO DUGAN AVIATION OF GRAND ISLAND, INC., a Nebraska Corporation<br><br>*Defendant(s)* | Civil Action No. 20CV01203-WJM-SKC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  TREGO DUGAN AVIATION OF GRAND ISLAND, INC., a Nebraska Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   FELDMAN NAGEL CANTAFIO PLLC

By:  /s/ Ralph A. Cantafio, Esq.
Ralph A. Cantafio, Esq.
1875 Lawrence Street, Suite 730
Denver, Colorado 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/15/2020

s/ Garc ia Garcia

*Signature of Clerk or Deputy Clerk*