IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THADDEUS MURRELL, AKILAH MURRELL, and MURRELL children, individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Colorado Corporation, and TREGO DUGAN AVIATION OF GRAND ISLAND, INC., a Nebraska Corporation<br><br>    Defendant. | CIVIL ACTION NO. 1:20-cv-01203 |

## SUGGESTION OF SETTLEMENT

COME NOW, Plaintiffs, Thaddeus Murrell, Akilah Murrell and the Murrell children, by and through their legal counsel, Ralph A. Cantafio, Esq of Feldmann Nagel Cantafio PLLC, who suggests to this Court that the parties to this action have reached settlement in this matter. The parties are in the process of finalizing settlement related documents. Counsel is in the process of finalizing, among other things, a Notice of Dismiss with prejudice to formally implement the terms and conditions of this settlement and will file such Notice with the Court as soon as practical and predicted to be no later than June 19, 2020.

Dated this 26th day of May, 2020.

        Respectfully submitted,
        FELDMAN NAGEL CANTAFIO PLLC


        By:    /s/ Ralph A. Cantafio
                Ralph A. Cantafio, Esq.
                Lilly G. Lentz, Esq.
                1875 Lawrence Street, Suite 730
                Denver, Colorado 80202
                (303) 813-1200 – Telephone
                ralph@fncmlaw.com

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2020, a true and accurate copy of the foregoing **SUGGESTION OF SETTLEMENT** was E-filed and served on the following:

Brian T. Maye,
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603


Clients
*Via Email*


        */s/ Jess Griffith*
        *Paralegal*

2