# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| THADDEUS MURRELL, AKILAH MURRELL, and MURRELL children, individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. 1:20-cv-01203 |
| v. | ) ) | |
| FRONTIER AIRLINES, INC., a Colorado Corporation, and TREGO DUGAN AVIATION OF GRAND ISLAND, INC., a Nebraska Corporation | ) ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)

Plaintiffs Thaddeus Murrell, Akilah Murrell and the Murrell Children, through undersigned counsel, submit the following Plaintiffs' Notice of Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1)(A):

1. A plaintiff may voluntarily dismiss a claim without order of the Court by filing a notice of dismissal at any time before filing or service by the adverse party of an answer or of a motion for summary judgment, which ever first occurs. F.R.C.P. 41(a)(1)(A).

2. No Defendant has yet filed an answer or motion for summary judgment in this case.

3. Plaintiffs hereby voluntarily dismiss with prejudice, pursuant to F.R.C.P. 41(a)(1)(A), their Complaint. Accordingly, Defendants Frontier Airlines, Inc. and Trego Dugan Aviation of Grand Islands, Inc. are dismissed as parties to this action.

Respectfully submitted this 18th day of June, 2020.

FELDMAN NAGEL CANTAFIO PLLC

*In accordance with Rule 121(c), §1-26(7), Colorado Rules of Civil Procedure, a printed copy of this document with original signatures has been maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

By:  /s/ *Ralph A. Cantafio, Esq.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2020, a copy of the foregoing **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)** was served by e-mail/U.S. mail, correctly addressed to:

Brian T. Maye
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
bmaye@AMM-LAW.com

/s/ *Jess Griffith*
Paralegal